IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                       Plaintiff,                    ORDER

   v.

                                                         08-cr-55-bbc

GODOFREDO MACAPUGAY,

                       Defendant.
_____

      Defendant Godofredo Macapugay has submitted a financial affidavit in support of his request for appointment of counsel under the Criminal Justice Act. As is apparent from the affidavit, Macapugay has wealth and income; even so, his assets are not sufficiently liquid and his income is not sufficiently high to allow him to pay a criminal defense attorney's retainer at the front end of this tax evasion prosecution. Accordingly, I find that Macapugay is eligible for appointment of counsel, but must repay the government for amounts expended. The court will set up a monthly repayment plan at the earliest of these occurrences: dismissal of all charges, acquittal following trial, or at a sentencing following a guilty plea or conviction at trial. The federal defender is directed to record all expenses and attorney time spent on Macapugay's defense, with counsel's time billed at the statutory CJA hourly rate.

      Entered this 9th day of April, 2008.

                                                   BY THE COURT:

                                                 /s/

                                                 STEPHEN L. CROCKER
                                                 Magistrate Judge